FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 6 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ronald Lowery, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Eagle Eye Surveillance Systems, Inc. )<br>)<br>*Defendant* )<br>) | Civil Action No. 1:12-cv-03697-ODE |

## [Proposed] ORDER AND FINAL JUDGMENT

This matter is before the Court on the motion of Plaintiff Ronald Lowery ("Lowery") for default judgment. The Clerk entered default against Defendant on December 2, 2013.

Having reviewed and considered Lowery's Motion for Entry of Default Judgment, Memorandum of Law in Support of Motion for Default Judgment, the Declaration of C. Celeste Creswell in support thereof, the Amended Complaint, and all matters of record,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. Defendant is liable to Lowery for willful copyright infringement of the work attached as Exhibit A to the Amended Complaint, VAu 563-707.

2. Final judgment by default shall be, and hereby is, entered in favor of Lowery and against the Defendant as follows:

| | | |
|---|---|---|
| a. | Statutory Damages | $25,000.00 |
| b. | Attorneys' Fees and Costs | $37,000.00 ~~$22,000.00~~ |
| | Total Judgment | $62,000.00 ~~$47,000.00~~ |

3. This judgment shall accrue interest pursuant to 28 U.S.C. § 1961, as well as any other future interest and costs as allowed by law.

IT IS SO ORDERED this 6 day of March, 2014.

_____
Hon. Orinda D. Evans, Judge
United States District Court for the
Northern District of Georgia
Atlanta Division

[Signatures Continued On Following Page]